UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $98,700 IN U.S. CURRENCY | CR. NO.  2:26-cr-00134-AH |
|---|---|
| | **[PROPOSED] ORDER** |
| | **[UNDER SEAL]** |

Before the Court is the *Ex Parte* Application of the United States pursuant to 21 U.S.C. § 853(e)(1) for an Order permitting the United States to maintain custody of currency already lawfully in the Government's possession for the purpose of preserving the property pending the conclusion of its criminal case and related asset forfeiture proceedings.

For the reasons set forth in the Government's application, it is

HEREBY ORDERED, that the United States may maintain custody of the currency that was seized for forfeiture pending the conclusion of the criminal case and related forfeiture proceedings, including any ancillary proceeding in which any third party with an interest in the property may file a claim contesting its forfeiture pursuant to 21 U.S.C. § 853(n).

//

//

IT IS FURTHER ORDERED that in applying for and obtaining this ORDER the Government has complied with the requirements in this order satisfies the custody-preservation requirement of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

IT IS SO ORDERED.

Dated: _____, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

2